UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARKER, ALEX B., et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK, and THE NEW YORK
CITY DEPARTMENT OF JUVENILE JUSTICE,
                Defendants.
------------------------------------------------------------X

04 CIVIL 4476 (BSJ)(DCF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

      Defendants having moved for summary judgment, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on May 13, 2008, having rendered its Opinion and Order granting defendants' motion for summary judgment and denying plaintiffs' cross-motion, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 13, 2008, defendants' motion for summary judgment is granted and plaintiffs' cross-motion is denied; accordingly, judgment is entered in favor of defendant and the case closed.

**Dated:** New York, New York
          May 14, 2008

                                      **J. MICHAEL McMAHON**
                                        Clerk of Court
              BY:
                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____